**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00156-CV**
_____

**TEKSTREAM SOLUTIONS, LLC, Appellant**

**V.**

**MATTHEW ROBINSON, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-03-02861-CV**
_____

**MEMORANDUM OPINION**

TekStream Solutions, LLC, Appellant, filed a motion to dismiss this accelerated appeal. The motion appears to be voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMSSED.

PER CURIAM

Submitted on September 8, 2021
Opinion Delivered September 9, 2021

Before Kreger, Horton and Johnson, JJ.